THE STATE EX REL. HAYES, APPELLANT, *v.* CONRAD, ADMR.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Hayes v. Conrad* (1999), 85 Ohio St.3d 149.]

(No. 98–1298—Submitted February 23, 1999—Decided March 31, 1999.)

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A.,* and *C. Douglas Ames,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellee.

_____

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.